IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILMARIO TRUEBLOOD,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NOS. 13-4944, 13-5117, 13-5118, 13-5120, 13-5121, 13-5122, 13-5123, 13-5124, 13-5125, 13-5126, 13-5127, 13-5128, 13-5129, 13-5130, 13-5131, 13-5132, 13-5133, 13-5134, 13-5135, 13-5136, 13-5137, 13-5138, 13-5139, 13-5140, 13-5141, 13-5142, 13-5143, 13-5144, 13-5145, 13-5146, 13-5147, 13-5149, 13-5150, 13-5151, 13-5152, 13-5153, 13-5155

CORRECTED PAGES: pg 1
CORRECTION IS UNDERLINED IN RED
MAILED: November 18, 2015
BY: NMS

_____/

Opinion filed November 16, 2015.

An appeal from the Circuit Court for Leon County.
Jackie L. Fulford, Judge.

David W. Collins of the Collins Law Firm, Monticello, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, WETHERELL, and MARSTILLER, JJ., CONCUR.